JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - -x

☐ ORIGINAL

UNITED STATES OF AMERICA                          :    SEALED
                                                       INDICTMENT
        - v. -                                    :
                                                       11 Cr.
JORGE MILTON CIFUENTES-VILLA,                          **11 CRIM 101**
  a/k/a "Jota,"
  a/k/a "J,"                                      :
  a/k/a "Penultimo,"
  a/k/a "Don Simon,"                              :
  a/k/a "Elkin De Jesus Lopez-Salazar," and
DOLLY DE JESUS CIFUENTES-VILLA,                   :
  a/k/a "La Menor,"

                                                       USDC SDNY
                                                       DOCUMENT
                                                       ELECTRONICALLY FILED
                                                       DOC #: _____
                                                       DATE FILED: 2/3/11

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - -x

COUNT ONE

The Grand Jury charges:

1.  From in or about October 2008 up to and including the date of the filing of this Indictment, JORGE MILTON CIFUENTES-VILLA, a/k/a "Jota," a/k/a "J," a/k/a "Penultimo," a/k/a "Don Simon," a/k/a "Elkin De Jesus Lopez-Salazar," and DOLLY DE JESUS CIFUENTES-VILLA, a/k/a "La Menor," the defendants, who will first enter the United States in the Southern District of New York, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that JORGE MILTON CIFUENTES-VILLA, a/k/a "Jota," a/k/a "J," a/k/a "Penultimo," a/k/a "Don Simon," a/k/a "Elkin De Jesus Lopez-

Salazar," and DOLLY DE JESUS CIFUENTES-VILLA, a/k/a "La Menor," the defendants, and others known and unknown, would and did distribute a controlled substance, intending and knowing that such substance would be unlawfully imported into the United States or into waters within a distance of 12 miles of the coast of the United States, in violation of Sections 812, 959(a) & (c), and 960(a)(3) of Title 21, United States Code.

3. The controlled substance involved in the offense was five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Section 960(b)(1)(B) of Title 21, United States Code.

Overt Acts

4. In furtherance of said conspiracy and to effect the illegal object thereof, JORGE MILTON CIFUENTES-VILLA, a/k/a "Jota," a/k/a "J," a/k/a "Penultimo," a/k/a "Don Simon," a/k/a "Elkin De Jesus Lopez-Salazar," and DOLLY DE JESUS CIFUENTES-VILLA, a/k/a "La Menor," the defendants, and others known and unknown, committed the following overt acts:

a. In or about October 2008, in Quito, Ecuador, JORGE MILTON CIFUENTES-VILLA participated in a meeting with, among others, a confidential source working for the Drug Enforcement Administration ("CS-1") and two co-conspirators not named as a defendants herein ("CC-1" and "CC-2"), during which JORGE MILTON CIFUENTES-VILLA discussed transporting tons of

2

cocaine from Colombia to Mexico and, ultimately, to the United States.

    b. On or about October 23, 2009, DOLLY DE JESUS CIFUENTES-VILLA engaged in a telephone conversation with a co-conspirator not named as a defendant herein ("CC-3") regarding the seizure of approximately 8.3 tons of cocaine in Ecuador that DOLLY DE JESUS CIFUENTES-VILLA, JORGE MILTON CIFUENTES-VILLA, and others were attempting to send to Mexico.

    (Title 21, United States Code, Section 963.)

## FORFEITURE ALLEGATION

    5. As a result of committing the controlled substance offense alleged in Count One of this Indictment, JORGE MILTON CIFUENTES-VILLA, a/k/a "Jota," a/k/a "J," a/k/a "Penultimo," a/k/a "Don Simon," a/k/a "Elkin De Jesus Lopez-Salazar," and DOLLY DE JESUS CIFUENTES-VILLA, a/k/a "La Menor," the defendants, shall forfeit to the United States pursuant to 21 U.S.C. §§ 853 and 970, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violation, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

## Substitute Assets Provision

6. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Sections 853(p) and 970, to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

(Title 21, United States Code, Sections 853 and 970.)

_____/s/_____  
FOREPERSON

_Preet Bharara_  
PREET BHARARA  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JORGE MILTON CIFUENTES-VILLA,
    a/k/a "Jota,"
    a/k/a "J,"
    a/k/a "Penultimo,"
    a/k/a "Don Simon,"
    a/k/a "Elkin De Jesus Lopez-Salazar," and
DOLLY DE JESUS CIFUENTES-VILLA,
    a/k/a "La Menor,"

Defendants.

---

## SEALED INDICTMENT

11 Cr. _____

(Title 21, United States Code, Section 963.)

PREET BHARARA
United States Attorney.

A TRUE BILL

_____
Foreperson.

---

2/3/11
NO    Filed Indictment Areas Under Seal
      A\W's issued.
                              Maas
                              U.S.M.J