

**RECEIVED**
JAN 22 2015
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

LAW OFFICES
**NEIL M. SCHUSTER**

SUITE 2C
555 N.E. 15th STREET
MIAMI, FLORIDA 33132

NEIL M. SCHUSTER *
ANDREW HORN
OF COUNSEL
*ALSO ADMITTED IN COLORADO &
DISTRICT OF COLUMBIA

TELEPHONE (305) 416 - 0324
TELECOPIER (305) 416 - 0325
e-mail: neil@neilmschuster.com

January 21, 2015

FILED BY ECF

Hon. Laura T. Swain
U.S. District Judge
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street, Ctrm 12D
New York, NY 10007-1312

Hon. Robert P. Patterson,
U.S. District Judge
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street, Ctrm 24A
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/15

Re:   *U.S. v. Jorge Milton Cifuentes-Villa*, Case No. 11-cr-00101-LTS, S.D.N.Y
      (Drug related offense conduct)
      *U.S. v. Jorge Milton Cifuentes-Villa*, Case No. 14-CR-00277-RPP,
      S.D.N.Y. (Drug money laundering offense conduct)(Rule 20 SDFL)
      ***Notice and Request For Plea and Sentencing Proceedings Before a
      Single Judge***

Dear Judge Swain and Judge Patterson:

   Consistent with the provisions of L. Civ. R. 13, this letter is written to provide notice of the Defendant's intention to tender a guilty plea in both the above-captioned cases and respectfully requests consolidation to the lower court case number for plea and sentencing purposes. Consolidation for plea and sentencing is consistent with this District's practice and procedure which promotes the efficient administration of criminal justice. Consolidation for purposes of plea and sentencing will avoid unnecessary duplication of effort by the Courts, the Probation Office, the prosecution and counsel.

*See attached typewritten*
*Memo Endorsement*

The undersigned has discussed this request with AUSA Everdell, who advises that his Office is filing a notice of related case and has no objection to the process requested consistent with the Local Rule.

On behalf of the Defendant and this Office, we thank you Honors for your consideration in this regard.

Very truly yours,

*s/ Neil M. Schuster*
Neil M. Schuster

NMS:klt
cc:    Christian R. Everdell, AUSA (Via ECF)

Case:        U.S. v. Jorge Milton Cifuentes-Villa
Index No.:   14-CR-277 (RPP)


**MEMO ENDORSEMENT READS AS FOLLOWS:**

**Application granted.**

**So Ordered.**

*Robert P. Patterson, Jr., U.S.D.J., 1/22/15*