UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                         No. 11CR101 (LTS)

JORGE CIFUENTES-VILLA (01),

              Defendant(s).
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                     No. 14CR277 (LTS)

JORGE CIFUENTES-VILLA (01),

              Defendant(s).
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 1-28-2015

## ORDER

The plea hearing in the above-captioned cases will be held on February 26, 2015, at 10:00 a.m. in Courtroom 12D.

SO ORDERED.

Dated: New York, New York
        January 26, 2015

                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge